UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
OCT 21 2021
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br>vs.<br><br>ARMIDA APODACA ALVAREZ (2)<br><br>                       Defendant | Case No. 21-CR-2795-GPC-2<br><br>JUDGMENT OF DISMISSAL |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☒ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☐ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Indictment/Information:

☒ Ct 1 - 21:952, 960; 18:2 - Importation of Methamphetamine; Aiding and Abetting

☒ Ct 2 - 21:952, 960; 18:2 - Importation of N-phenyl-N-[1-( 2-phenylethyl )-4-piperidinyl] propanamide (Fentanyl); Aiding and Abetting

☒ Ct 3 - 21:952, 960; 18:2 - Importation of Cocaine; Aiding and Abetting

Date : 10/21/21

Hon. Karen S. Crawford
United States Magistrate Judge